364

513 A.2d 1381

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Randy TANGLE.**

Supreme Court of Pennsylvania.

Aug. 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 64 W.D. Appeal Docket 1986.

513 A.2d 1382

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**William Franklin BRAHAM.**

Supreme Court of Pennsylvania.

Aug. 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 63 W.D. Appeal Docket 1986.